**John ADAMS et al., Appellants, v. CITY OF SARASOTA, FLORIDA, Appellee.**

**No. 8060.**

Circuit Court of Appeals, Fifth Circuit.

June 6, 1936.

Alvan B. Rowe, of Palmetto, Fla., Samuel Kirk, of Bradenton, Fla., and James E. Kirk, of Sarasota, Fla., for appellants.

Harrison E. Barringer, of Sarasota, Fla., for appellee.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The city of Sarasota, a municipality of Florida, filed a petition in the United States District Court for the Southern District of Florida, under the provisions of sections 78, 79, and 80 of the National Bankruptcy Act, added by the Act of May 24, 1934 (11 U.S. C.A. §§ 301–303), for approval and confirmation of a plan of readjustment of its indebtedness. Appellants, owners of certain bonds of the city, were permitted to intervene in opposition thereto and, urging the unconstitutionality of the law on various grounds, prayed for the dismissal of the proceeding. From an adverse ruling this appeal was prosecuted.

On the authority of Ashton v. Cameron County Water Improvement District No. One., 56 S.Ct. 892, 80 L.Ed. ——, decided May 25, 1936, the judgment is reversed and the case remanded, with instructions to dismiss the proceeding.

**In the Matter of John ANTOINE, Debtor.**

**John ANTOINE v. HEITMAN TRUST COMPANY.**

**No. 5850.**

Circuit Court of Appeals, Seventh Circuit.

May 7, 1936.

Walter E. Wiles, of Chicago, Ill., for appellant.

Hershenson & Hershenson, of Chicago, Ill., for appellee.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed with costs. It is further ordered that the mandate of this court issue forthwith.

**Alex. A. AVILA v. UNITED STATES.**

**No. 7920.**

Circuit Court of Appeals, Ninth Circuit.

June 8, 1936.

James E. Fenton, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

Before WILBUR, GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and of appellant, ordered appeal dismissed; mandate forthwith.